IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TWILA ANDERSON,

        Plaintiff,

vs.                                        Civil Action 2:14-cv-1840
                                              JUDGE SMITH
                                              Magistrate Judge Kemp

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

## ORDER

On October 27, 2015, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff's statement of errors be overruled and that judgment be entered in favor of the Defendant, the Commissioner of Social Security.  (*Report and Recommendation*, Doc. No. 16).  The time for filing objections has passed, and no objections have been filed to the *Report and Recommendation*.  Therefore, the *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**.  Plaintiff's statement of errors is hereby **OVERRULED** and final judgment shall be entered in favor of the Commissioner of Social Security.

The Clerk shall remove Document 16 from the Court's pending motions list.

        **IT IS SO ORDERED.**

                                                /s/ *George C. Smith*
                                                **GEORGE C. SMITH, JUDGE**
                                                **UNITED STATES DISTRICT COURT**